# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                Case No. 10-20705

D-8 ASHAK ASHAQ,

      Defendant.
_____/

**OPINION AND ORDER DENYING DEFENDANT'S REQUESTS FOR COURT-APPOINTED COUNSEL AND DISMISSAL OF HIS IMMIGRATION DETAINER**

Defendant Ashak Ashaq asks the court to appoint counsel to assist with his request to be transferred back to Michigan from his current imprisonment location and to temporarily lift his immigration detainer. (ECF No. 896.) The Government has responded, contending that the court lacks the jurisdiction to designate where Defendant is imprisoned and that Defendant has no right to court-appointed counsel. (ECF No. 900.)

The court agrees with the Government that Defendant's requests cannot be granted. Defendant has pointed to no authority giving the court the ability to lift his immigration detainer or mandating the appointment of counsel to aid his request for imprisonment location transfer. Accordingly,

IT IS ORDERED that Defendant's requests for court-appointed counsel and temporary dismissal of his immigration retainer (ECF No. 896) are DENIED.

IT IS FURTHER ORDERED that Defendant's motion to request permission to respond to Government's response (ECF No. 901) is TERMINATED AS MOOT.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: December 8, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 8, 2022, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522

S:\Cleland\Cleland\NTH\Criminal\10-20705.ASHAQ.AppointCounselLIftImmigrationDetainer.NH.docx